■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ROMAN, Appellant. [937 NYS2d 664]

Concur—Tom, J.P., Catterson, DeGrasse, Richter and Manzanet-Daniels, JJ.